| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Ashanique LaQwuita Carradine**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0892<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court   Northern District of Texas | | |
| Case number:   24–31713–mvl7 | | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Ashanique LaQwuita Carradine

12/11/24

**By the court:**   Michelle V. Larson
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318    **Order of Discharge**    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Northern District of Texas

In re:   Case No. 24-31713-mvl

Ashanique LaQwuita Carradine   Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-3      User: admin      Page 1 of 3

Date Rcvd: Dec 11, 2024      Form ID: 318      Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ashanique LaQwuita Carradine, 1216 Reininga Drive, DeSoto, TX 75115-1249 |
| 20501309 | + | 6500 South Apartments, 6500 S. Cockrell Hill Road, Dallas, TX 75236-9573 |
| 20501312 | | CarMax Auto Finance, Attn: Bankruptcy, 1200 Tuckahoe Creek Pkwy, Richman, VA 23238 |
| 20512031 | + | Carrington Mortgage Services, LLC, c/o Luke Adams, MILLER, GEORGE & SUGGS, PLLC, 6080 Tennyson Parkway, Suite 100, Plano, TX 75024-6002 |
| 20501320 | | New York Thruway, P.O. Box 15186, Albany, NY 12212-5186 |
| 20501323 | + | Springcrest Dental, 824 E. Belt Line Road, Ste 100, Cedar Hill, TX 75104-2231 |
| 20501325 | + | University of North Texas at Dallas, Office of Student Business Services, 7300 University Hills Blvd., Dallas, TX 75241-4605 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QRYAQUINTO.COM | Dec 12 2024 02:15:00 | Robert Yaquinto, Jr., 509 N. Montclair, Dallas, TX 75208-5450 |
| cr | + | EDI: AISACG.COM | Dec 12 2024 02:15:00 | Ally Bank, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Dec 12 2024 02:15:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: BKBCNMAIL@carringtonms.com | Dec 11 2024 21:16:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Dec 11 2024 21:17:00 | Dallas County, Linebarger Goggan Blair & Sampson, LLP, c/o Sherrel K. Knighton, 2777 N. Stemmons Frwy, Suite 1000, Dallas, TX 75207-2328 |
| 20503692 | + | EDI: AISACG.COM | Dec 12 2024 02:15:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 20501310 | + | EDI: GMACFS.COM | Dec 12 2024 02:15:00 | Ally Financial, Inc., Attn: Bankruptcy, 500 Woodard Ave., Detroit, MI 48226-3416 |
| 20501311 | + | Email/Text: rm-bknotices@bridgecrest.com | Dec 11 2024 21:17:00 | Bridgecrest Acceptance Corp, 7300 East Hampton Avenue, Ste 100, Mesa, AZ 85209-3324 |
| 20501313 | | Email/Text: BKBCNMAIL@carringtonms.com | Dec 11 2024 21:16:00 | Carrington Mortgage Services, Attn: Bankruptcy, 1600 South Douglass Road, Stes 110 & 200, Anaheim, CA 92806 |
| 20501314 | + | EDI: CITICORP | Dec 12 2024 02:15:00 | CBNA, Attn: Bankruptcy, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 20501315 | + | EDI: CITICORP | Dec 12 2024 02:15:00 | Citibank, Attn: Bankruptcy, P.O. Box 790040, St Louis, MO 63179-0040 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 20501316 | + | EDI: DISCOVER | Dec 12 2024 02:15:00 | Discover Financial, Attn: Bankruptcy, P.O. Box 3025, New Albany, OH 43054-3025 |
| 20501317 | | EDI: IRS.COM | Dec 12 2024 02:15:00 | Internal Revenue Service, Special Procedures - Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 20501318 | + | EDI: NFCU.COM | Dec 12 2024 02:15:00 | Navy FCU, Attn: Bankruptcy, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 20501319 | + | Email/Text: bankruptcy@nfm.com | Dec 11 2024 21:17:00 | Nebraska Furniture Mart, Attn: Collections, P.O. Box 2335, Omaha, NE 68103-2335 |
| 20501322 | + | Email/Text: correspondence@duncansolutions.com | Dec 11 2024 21:17:00 | Professional Account Management, LLC, P.O. Box 863867, Plano, TX 75086-3867 |
| 20501324 | + | EDI: SYNC | Dec 12 2024 02:15:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 20501321 | ##+ | Parking Revenue Recovery Services, Inc., 12381 East Cornell Ave., Aurora, CO 80014-3323 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2024                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2024 at the address(es) listed below:

**Name** | **Email Address**

Donald E. Hood
on behalf of Debtor Ashanique LaQwuita Carradine don.hood@dehlaw.com

Luke Adams
on behalf of Creditor Carrington Mortgage Services  LLC bankruptcy@mgs-legal.com

Patrick Michael Lynch
on behalf of Creditor Ally Bank plynch@qslwm.com  jtownzen@qslwm.com

Robert Yaquinto, Jr.
ryaquinto@syllp.com  ryaquinto@ecf.axosfs.com

Sherrel K. Knighton
on behalf of Creditor Dallas County Sherrel.Knighton@lgbs.com
Dora.Casiano-Perez@lgbs.com;Sean.French@lgbs.com;Eva.Parker@lgbs.com;Alexis.Hall@lgbs.com;Dallas.Bankruptcy@lgbs.com

Tom W. Sharp

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 11, 2024 | Form ID: 318 | Total Noticed: 24 |

on behalf of Creditor Nebraska Furniture Mart Inc. tsharp@blalack.com bksupport@blalack.com

United States Trustee

ustpregion06.da.ecf@usdoj.gov

TOTAL: 7